IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02453–LTB–KMT

WHITLOCK PACKAGING CORPORATION, an Oklahoma corporation, and
WHITLOCK PACKAGING CORPORATION, derivatively on behalf of FUZZEE BEE
BEVERAGES, L.L.C., a Colorado LLC,

      Plaintiffs,

v.

BRIAN STEARNS, and
FUZZEEBEE BEVERAGE, LLC,

      Defendants.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Uncontested Motion for Leave to File Amended Complaint" (Doc. No. 38) is
GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2).  The Clerk shall file Plaintiff's "Amended
Complaint" (Doc. No. 38-1).

"Defendants' Motion to Dismiss Complaint" (Doc. No. 9), which is directed at the now non-
operative complaint, is DENIED as moot.

Dated: January 31, 2014