IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02453-LTB-KMT | Date: | November 20, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                              *Counsel:*

WHITLOCK PACKAGING CORPORATION,           Thomas Askew

   Plaintiff,

v.

BRIAN STEARNS, and                                          David Keesling
FUZZEEBEE BEVERAGE, LLC,

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:30 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding Defendants' request for production No. 4, No. 20, Whitlock's alleged breach of fiduciary duties, Whitlock's relationship with PepsiCo, and Whitlock's production of documents related to its non-Zun customers for whom Whitlock produces and packages energy drink products.

The court finds that both requests involve irrelevant information and Whitlock's objections are therefore sustained.

**ORDERED:  Defendants Brian Stearns and Fuzzee Bee Beverages, LLC's Motion to Compel [83] is DENIED.**

Discussion regarding pending motions for summary judgment.  The motions have been referred to Magistrate Judge Tafoya.

Further discussion and clarification regarding motions in limine, *Daubert* motions, consent to jurisdiction of a magistrate judge, and future hearings and trial.

**2:39 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    01:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.