**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-02453-LTB-KMT

WHITLOCK PACKAGING CORPORATION
on its own and derivatively on behalf of
FUZZEE BEE BEVERAGE, LLC,

      Plaintiffs,

v.

BRIAN STEARNS and
FUZZEE BEE BEVERAGE, LLC,

      Defendants.

_____

**ORDER**
_____

Upon the Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction (Doc 94) and review of the file, it is

ORDERED that the Notice is DENIED as untimely pursuant to D.C.COLO.LCivR 72.2(d).

                                           BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED:  December 1, 2014