**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-02453-LTB-KMT

WHITLOCK PACKAGING CORPORATION
on its own and derivatively on behalf of
FUZZEE BEE BEVERAGE, LLC,

      Plaintiffs,

v.

BRIAN STEARNS and
FUZZEE BEE BEVERAGE, LLC,

      Defendants.

---

ORDER GRANTING LEAVE TO FILE NOTICE OF AVAILABILITY OF
UNITED STATES MAGISTRATE AND CONSENT TO THE EXERCISE OF
JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE OUTSIDE
THE TIME ALLOWED BY D.C.COLO.LCivR 72.2(d)

---

The Court, having considered the parties Joint Application of Leave to File Notice of Availability of United States Magistrate and Consent to the Exercise of Jurisdiction of a United States Magistrate Judge Outside the Time Allowed by D.C.Colo.LCivR 72.2(d) (Doc 101), **FINDS** that the Joint Application should be and is sustained.

**IT IS ORDERED** and leave is granted for filing the Notice of Availability of United States Magistrate and Consent to the Exercise of Jurisdiction of a United States Magistrate Judge beyond the time allowed by D.C.COLO.LCivR 72.2(d).

                        BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: December 12, 2014