IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-02453-KMT

WHITLOCK PACKAGING CORPORATION,

    Plaintiff,

v.

BRIAN STEARNS, and
FUZZEE BEE BEVERAGE, LLC,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

PURSUANT to the Order entered by the Honorable Kathleen M. Tafoya on April 9, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that Plaintiff/Counterclaim Defendant Whitlock Packaging Corporation's Motion for Summary Adjudication of Counterclaims and Brief in Support is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff/Counterclaim Defendant Whitlock Packaging Corporation, and against Defendants/Counterclaimants, Brian Stearns and Fuzzee Bee Beverage, LLC, on the counterclaims.  It is

FURTHER ORDERED that Plaintiff/Counterclaim Defendant Whitlock Packaging Corporation will be awarded its costs related to defending the Counterclaim, to be taxed

by the Clerk of Court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this   23rd   day of April, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk